**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IAN GABRIEL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 26-7852** |
| | : | |
| **LAWRENCE J. O'CONNOR JR.** | : | |

# ORDER

**AND NOW**, this 29th day of October 2026, upon having granted Plaintiff leave to proceed without paying the filing fees but requiring mandatory Congressional screening of his allegations before proceeding to service of summons (ECF 8), finding he sues a commissioned Judge presiding over his criminal matter for appointing his defense lawyer and also sues his defense lawyer for presenting arguments violating the ethical rules of conduct (ECF 1), and studying Plaintiff's Motion for injunctive relief (ECF 6) leading us to find no basis for injunctive relief nor a basis to proceed on his civil rights claim, and for reasons more fully described in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS** the Complaint (ECF 1) consistent with 28 U.S.C. § 1915A;

a. With prejudice against the Honorable Gwendolyn N. Bright requiring we dismiss her with prejudice and **amend** the caption as above;

b. Without prejudice against Lawrence J. O'Connor Jr., Esquire to file an amended Complaint in this Court by no later than **November 23, 2026** if Plaintiff can plead facts allowing us to plausibly infer Attorney O'Connor, Jr. acted in concert with a judge to deprive him of his constitutional rights in addition to remedies in state court or Pennsylvania Attorney Disciplinary Board; and,

2. **DENY** the Motion for injunctive relief (ECF 6) finding no basis for relief under the civil rights laws and Plaintiff can pursue his claims relating to his counsel in state court.

**KEARNEY, J.**